

No. 11–5004/AR.  U.S. v. Phillip L. Pierce.  CCA 20080009.  On consideration of Appellee's motion for a consolidated briefing schedule, and in view of the fact that a consolidated briefing schedule was contained in this Court's docketing notice issued on this date, it is ordered that said motion is hereby denied as moot.